FILED (ORIGINAL)
08 JAN 18 PM 12:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: / DEPUTY

1  Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
2  San Diego, Ca.    92105
   (619) 993-7811
3

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0109 IEG LSP

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
SAn Diego, Ca.    92105

Case No. _____

Plaintiff, in pro se

Judge _____

vs

Lance A. Knapp and
Mary F Hutson
Nebraska Equal Opportunity Commission
State Office Buld, 5th Floor
301 Centennial Mall, South
P.O. Box 94934
Lincoln, Nebraska   68509-4934

COMPLAINT FOR RELIEF
UNDER THE FREEDOM OF
INFORMATION ACT 5 U.
S.C. §552

Defendant(s), et., al.

Plaintiff alleges:  On 06/22/07 Toni A. Higgins signed a Certified Mail Return receipt, addressed to Mr. Lance Knapp of the Nebraska Equal Opportunity Commission, from Plaintiff which contained a letter dated 06/19/07, and informed Mr. Lance Knapp that Plaintiff was entering as his own Attorney.

1     That also contained in said letter dated 06/19/07,
2  was a demand in accordance with said Attorney position and
3  responsibility, for " any and all records pertaining to Mr.
4  Karal Hasani Efia Battle-El, Truck#4985, Driver ID  BATKA1,
5  SS # 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.
6     Mr. Lance Knapp and the Nebraska Euual Opportunity Comm-
7  ission completely ignored this Attorney's demand for any
8  information concerning said cause.
9     Under E.E.O.C. Rules and Regulations, Notice regarding
10 representation by Attorneys, it states in part:
11           "   you have a right, and may wish
                 to retain an attorney to repre-
12               sent you.... write us confirming
                 such representation. "
13
      The actions of the Nebraska Equal Opportunity Commission
14
   in ignoring Plaintiff's pro se., request for his own records
15
   is in violation of  42 U.S.C.A. §2000 e-5.
16
17    From 04/30/07, until 12/31/07, the Plaintiff in this cause
18 has collected a file of Mr. Kapp's correspondences and
19 documentations,  Plaintiff was waiting a ruling or order from
20 the N.E.O.C.
21    However, on 01/05/08, Plaintiff received a letter dated:
22 12/31/07, demanding He contact a Ms. Mary F. Hutson, EOC
23 Investigator, by 01/09/08, stating she had just been assigned
24 the case for investigation, and that she knew nothing about a
25 Mr. Lance Knapp, but demanded that Plaintiff give her unatta-
26 inable information under threat of dismissal of Plaintiff's
   case.

1     Not withstanding the fact that Mr. Lance A. Knapp
2 is named as a party but not a Defendant in Case No. 07-CV-2029
3 IEG (NLS), pending in the above captioned United States Court,
4 for the Southern District of California.
5     On 01/15/08, Plaintiff received a certified letter from
6 the State of Nebraska, Equal Opportunity Commission, dated:
7 01/14/2008, signed " on behalf of the Commission ", by Mary
8 F. Hutson, EOC Investigator, 1-800-642-6112, CN: 7006 3450
9 0003 6420 4104., this documentation demonstrates information
10 sought by Plaintiff, in pro se, has been recorded and is now
11 in physical possession of the N.E.O.C.
12     Wherefore Plaintiff, in pro se, Under the Freedom of
13 Information Act 5 U.S.C. §552, demand copies of all the follow-
14 ing contained in said correspondence:

  1. Copies of all records and/or signed statements used to present the " Employer's response to the allegations " referred to in said correspondence.

  2. copies of records concerning Plaintiff's " verified years of driving experience ".

  3. copies of Plaintiff's " ten additional verified months of driving experience ".

  4. copies of record showing corrected error by paying $1,589.92 for 79,496 miles.

  5. Produce record showing reason when given a raise to 34 cents per mile in 01/07, then terminated, same time without honoring request for written reason for said termination.

  6. copies of all allegations regarding rate of pay.

  7. copies of all DOT violations, inculding both paper and electronic logs from computers, and locations and times and dates of locations of all entries with regard to DOT.

8. copies of all bonuses or written reason for not obtaining bonus, and written statement as to "HOW" to obtain said bonus.

9. copies of all DOT accumulated violation from 12/15/06, to 01/24/07.

10. copies of all messages on 01/19/07, Plaintiff sent to respondent. including all messages sent during the month of January 2007.

11. copies of Vice President Jim Hill's statements used to contend the statement of irritated behavior so as to call four (4) sheriffs.

12. copies of statements from Vice President Jim Hill stating exact words used in calling said Sheriffs.

13. copies of Linda McColum's concerning this cause including those of 01/22/07. signed statements.

14. copies of the four (4) Sheriffs statements/police reports concerning said actions.

15. copies of records showing statements and or actions used for second calling of Sheriffs.

16. copy of signed statement stating no way to know Plaintiff was a Moslem by name of **Karal Hasani Efia Battle-El.**

17. copy of a written statement by "anyone " stating that Plaintiff did not have employment secured with Pace Express, this includes any statment wished to be produced.

Therefore Plaintiff request said information whether paper and/or electronic improperly withheld by Nebraska Equal Opportunity Commission, Defendant(s) under F.O.I.A. 5 U.S.C. §552.

## COMPLAINT FOR INJUNCTIVE RELIEF

18. This is an action under the Freedom of Information Act 5 U.S.C. §552, for injunctive relief and other appropriate relief and seeking the disclosure and release of agency records, improperly withheld from Plaintiff by N.E.O.C.

## JURISDICTION AND VENUE

19. This Court has both subject matter jurisdiction over the parties pursuant to 5 U.S.C. §552. This Court also has jurisdiction over this action pursuant to 28 U.S.C. §1331. Venue lies in this District under 42 U.S.C.A. §2000 e-5, and 5 U.S.C §552, Freedom of Information Act.

## RELIEF REQUESTED

Plaintiff Prays this Court :

20. Order Defendant(s) to disclose the requested information in it's entireties with copies of records available to the Plaintiff.

21. Provide for expeditious proceeding in this action.

22. award Plaintiff his costs and reasonable attorney fees incurred in this action from 06/19/07.

23. Grant such other relief as the Court may deem just and proper .

Respectfully Submitted,

Plaintiff in pro se.
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca.   92105
(619) 993-7811

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Karal Hasani Efia Battle-El
2985 Euclid Ave #22
San Diego CA 92105
619-995-7811

FILED 08 JAN 18 PM 12:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

**DEFENDANTS**
EEOC, State Office Bldg. 5th Floor
341 Centennial Mall South
Lincoln, Nebraska 68509-4934

08 CV 0109 IEG LSP

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  |  |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
5 USC § 552 F.O.I.A.
Brief description of cause:
Copies of infor sought from 06/22/07

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER 07-CV-2029

DATE 01/18/08
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____


CR