(ORIGINAL)

```
FILED
08 JAN 18 PM 12:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

1  Karal Hasani Efia Battle-El
2  2985 Euclid Ave. #22
   San Diego, Ca.   92105
3  (619) 993-7811

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0109 IEG LSP

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca.   92105

Case No. _____

Plaintiff, in pro se

Judge _____

vs

Lance A. Knapp  and
Mary F. Hutson,
Nebraska Equal Opportunity Commission
State Office Buld, 5th Floor
301 Centennial mall, South
P.O. Box 94934
Lincoln, Nebraska   68509-4934

MOTION AND DECLARATION
UNDER PENALTY OF PERJURY
IN SUPPORT OF MOTION TO
PROCEED IN FORMA PAUPERIS

Defendant(s), et., al.

I  Karal Hasani Efia Battle-El, declare that I am the Plaintiff in this action, In support of my request to proceed without prepayment of fees or security under 28 U.S.C. §1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I am

1  unable to pay the fees of this proceeding or give security
2  because of my poverty, and that I am entitled to redress.
3  　　　IN FURTHER SUPPORT OF THIS APPLICATION, I STATE THE
4  FOLLOWING UNDER PENALTY OF PERJURY:
5  1.   That I have been unemployed since 01/24/07.
6  2.   Merit Transportation is name of last employer and gross
7  wages for 2006, was $35,234.00.
8  3.   In the past twelve months I've received no monies other
9  than unemployment insurance which was about $1,096.00, per
10 month and stopped as of 08/07.
11 4.   I do not have any checking accounts.
12 5.   I do not have any saving/IRA/money/market/CDS" separate
13 from checking accounts.
14 6.   I own a 1993 chevy station wagon, worth about $1,600.00.
15 7.   I do not own any real estate, stocks, bonds, securities,
16 or any other valuable property.
17 8.   Persons who are dependent on me for support are a three
18 year old son and a year and a half old daughter.
19 9.   Other debts and current obligation are:
20 　　　a. Son's child support amount of $419.00 per month.
21 　　　b. I.SR.S. in the amount of $1,400.00.
22 　　　c. Veteran's Administration for disability pension in
23 the amount of $2,267.00.
24 　　　d. rent for appartment is $825.00 per month.
25 　　　e. insurance of station wagon is $199.00, per three months.
26 10.  I do not have any other assets of items of value ( specify

real estate, gifts, trusts inheritances, government bonds stocks, savings certificates, notes, artwork, or any other assets, ( including any items of value held in someone eles's name). I was a homeless veteran seven years ago.

11. My daughter's Mother Ms. Michelle Yvette Williams is helping hold down the fort while I seek refress in the Courts.

12. On 01/08/08 Plaintiff receive written declaration of verification of disability, from the La Jolla, V.A. Medical Center, stating Plaintiff is unable and cannot work.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND UNDERSTAND THAT A FALSE STATEMENT HEREIN MAY RESULT IN THE **DISMISSAL** OF MY CLAIMS.

Respectfully submitted,

Plaintiff in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
SAn Diego, Ca.   92105

Dated: 01/18/08