# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTTLE-EL,<br>2985 Euclid Ave. #22<br>San Diego, Ca 92105<br>            Plaintiff,<br>    vs.<br><br>LANCE A. KNAPP and MARY F. HUSON,<br>NEBRASKA EQUAL OPPORTUNITY<br>COMMISSION<br>State Office Buld., 5th Floor<br>301 Centennial Mall South<br>P.O. Box 94934<br>Lincoln, Nebraska 68509-4934<br><br>            Defendant, et al. | CASE NO. 08cv109 IEG (LSP),<br><br>**ORDER GRANTING<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS** |

Plaintiff, proceeding pro se, has submitted a civil complaint alleging Defendant is and has unlawfully withheld documents on which Defendant based it's termination of Plaintiff's employment in violation of the Freedom of Information Act ("FOIA").  Plaintiff has not prepaid the civil filing fee required by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350.  *See* 28 U.S.C. § 1914(a).  An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

- 1 -

1    The Court has reviewed Plaintiff's affidavit of assets and finds it is sufficient to show that he
2 is unable to pay the fees or post securities required to maintain this action. Accordingly, the Court
3 **GRANTS** Plaintiff's Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). The Clerk of Court
4 shall file the Complaint without prepayment of the filing fee.

6 **IT IS SO ORDERED.**

8 **DATED: February 7, 2008**

*(signature)*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**