1 | Karal Hasani Efia Battle-El
2 | 2985 Euclid Ave. #22
   | San Diego, CA.   92105
3 | (619) 993-7811

FILED

08 APR 11 AM 9:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____
                    DEPUTY

NUNC PRO TUNC

APR 0 7 2008

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

        Plaintiff, in pro se

            vs

Lance A. Knapp and
Mary F. Huson
N.E.O.C.
State Office Buld., 5th Fl.
301 Centennial Mall South
P.O. Box 94934
Lincoln, Nebraska 68509-4934

        Defendant(s) et., al.

Case No:  08-CV-109 IGE (LSP)

Judge:  Irma E. Gonzalez Chief
         Judge.

File Date:  01/18/08

MOTION FOR COURT TO EFFECT
SERVICE OF SUMMONS BY U.S.
MARSHAL (MARSHAL 285 FORMS)
UNDER 28 U.S.C. §1915(c),
AND RULE 4 F.R.C.P.

    TO THIS HONORABLE COURT:

NOW COMES, Plaintiff, in pro se, and Moves this Honorable

Court to Grant this a Motion to effect service, and in support

of said Motion states the following:

    (1). That said entitled Civil Action was filed on 01/18/08.

(2)  That Plaintiff was granted leave to proceed in forma pauperis, (IFP), on 02/07/08, under 28 U.S.C. §1915(a) and in accordance with that Court Order, Plaintiff should have been sent an " IFP Packet ".  This Court has not effected service of summons by Order of ( Marshal 285 Forms ) as required under 28 U.S.C. §1915 (c).

(3)  That Plaintiff did send said Defendants a copy of the original complaint with (2) copies each of a " Notice of Lawsuit and request for waiver of service of summons " and a " waiver of service of summons " to sign and return to the Plaintiff.  Plaintiff sent said documents by certified mail return  receipt requested.

(4)  Defendants  have pass  required  30  day time limit to sign and return said " waiver of service of summons ".

(5)  Plaintiff received a letter dated March 4, 2008, from defendants, with references to the above entitled cause and docket number herein, and stated that in part:

> The Nebraska Equal Opportunity Commission is in receipt of your Complaint filed in the United States District Court, Southern District of California.  We have forwarded the matter to the Attorney General for the State of Nebraska.  All further communication on this matter will come from the office of the Attorney General.

And signed , on behalf of the Commission, Anne Hobbs, Executive Director.  Defendants have know intentions of signing and returning said " waiver of service of summons " as required under Rule 4 Federal Rules of Civil Procedure, duty to avoid unneecessary costs of service of summons by U.S. Marshals.

1  WHEREFORE Plaintiff Prays this **Ho**norable Court Grant

2  the above entitled Motion for Court to effect service of

3  Summons by U.S. Marshal, ( Marshal 285 Forms ) under <u>28 U.S.C.</u>

4  <u>§</u>1915(c), and <u>Rule 4,</u> of the Federal Rules of Civil Procedure.

5

6  Respectfully submitted,

7

8  Plaintiff, In pro se
  Karal Hasani Efia Battle-El
9  2985 Euclid Ave. #22
  San Diego, CA.  92105                    03.07.08
10                                                date

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26