**NUNC PRO TUNC**

FILED
08 APR 11 AM 9:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

APR 07 2008

1  Karal Hasani Efia Battle-El
2  2985 Euclid Ave. #22
   San Diego, CA. 92105
3  (619)993-7811
4
5
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
11

12 | Karal Hasani Efia Battle-El
   | 2985 Euclid Ave. #22
13 | SAn Diego, CA. 92105                Case No: 08-CV-109 IGE (LSP)
14 |       Plaintiff, in pro se          Judge: Irma E. Gonzalez, Chief
                                                Judge.
15 |            -vs-                     File Date: 01/18/08
16 | Lance A. Knapp and
   | Mary F. Huson
17 | N.E.O.C.
   | State Office Buld., 5th Fl.         NOTICE OF MOTION, MOTION FOR
18 | 301 Centennial Mall South           COURT TO EFFECT SERVICE OF
   | P.O. Box 94934                      SUMMONS BY U.S. MARSHAL (MARSHAL
19 | Lincoln, Nebraska 68509-4934        285 FORMS) UNDER 28 U.S.C. §1915
                                         (c) AND RULE 4 FRCP, AND MEMO-
20 |       Defendant(s) et.,al.          RANDUM OF POINTS AND AUTHORITIES.
21
22 TO THIS HONORABLE COURT:
23     PLEASE TAKE NOTICE, The above entitled cause should be
24 heard by said Court or as soon as thereafter as the court deems
25 just the following Motion for Court to effect service of
26 Summons by U.S. Marshal. And, in support of said Motion makes

the following points of authorities:

MEMORANDUM OF POINTS AND AUTHORITIES

Under <u>Rule 4 F.R.C.P.</u>, this Court is empowered to direct the Marshal to serve the summons whenever the Court finds it required. The United States Marshal can be called on to serve the summons when the Plaintiff has been authorized to proceed in forma pauperis pursuant to <u>28 U.S.C. §1915(c).</u>

Plaintiff, <u>Karal Hasani Efia Battle-El</u>, is a pro se litigant, and granted forma pauperis on <u>02/07/08</u>, by that order Plaintiff should have been sent an <u>"IFP Packet"</u>. However, this Court did not include the order for U.S. <u>Marshal forms 285</u>, hence.

<u>Rule 4 F.R.C.P.</u>, required the Defendants in this case to avoid unnecessary costs of service of summons by signing and returning said " <u>Waiver of Service of Summons</u> ", Defendants have know intentions of signing and returning said waiver to Plainatiff.

Plaintiff cites <u>Robinson</u> v <u>America's Best Contacts and Eyeglasses</u>, 876 F.2d 596 (CA7 1989), which involved the Clerk requirements to issue the summons " forthwith " upon the filing of the Complaint.

Plaintiff cites <u>Puett</u> v <u>Blandford</u>, 912 F.2d 270 (1990) in that a pro se Plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and Complaint, and to rely on the Court clerk to perform the

duties required under 28 U.S.C. §1915(c) and Rule 4 of the Federal Rules of Civil Procedure.

Under Rule 4 F.R.C.P. (d)(1)(2) Defendants had a duty to avoid unnecessary expenses of serving the summons. And (A) and (B), If a Defendant fails, without good cause, to sign and return a waiver requested by a Plaintiff, the Court must impose on the Defendants expenses in making services and also include attorney's fees for any motion required to effect said issuence of summons.

Respectfully submitted,

*[signature]*

Plaintiff in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA.  92105

03/07/08 /date