# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTTLE-EL,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE A. KNAPP and MARY F. HUTSON and NEBRASKA EQUAL OPPORTUNITY COMMISSION,<br><br>Defendant, et al. | CASE NO. 08cv109 IEG (NLS),<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR THE COURT TO EFFECT SERVICE**<br>(Doc. No. 5) |

Presently before the Court is Plaintiff's Motion for Court to Effect Service of Summons. (Doc. No. 5.)

On February 7, 2008, the Court granted Plaintiff's motion to proceed in forma pauperis but dismissed Plaintiff's complaint for failure to state a claim. (Doc. No. 3.) Plaintiff filed the current motion on April 11, 2008, asking this Court to order that service be made by a United States Marshal.

Under Fed. R. Civ. P. (4)(c)(3), Plaintiff is entitled to U.S. Marshal service on his behalf. Lopez v. Smith, 203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc); 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [IFP] cases."); Fed. R. Civ. P. 4(c)(2) (providing that "service be effected by a United States marshal, deputy Untied States marshal, or other officer specially appointed by the court . . . when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.").

Accordingly, the Court GRANTS Plaintiff's motion. The Clerk shall issue a summons upon Defendants LANCE A. KNAPP, MARY F. HUTSON, and NEBRASKA EQUAL OPPORTUNITY COMMISSION and forward it to Plaintiff along with a blank U.S. Marshal Form 285. In addition, the Clerk shall provide Plaintiff with a certified copy of this Order, and certified copies of his

1 Complaint and the summons for purposes of serving the Defendants. Upon receipt of this "IFP
2 Package," Plaintiff is directed to complete the Form 285 as completely and accurately as possible, and
3 to return it to the United States Marshal according to the instructions provided by the Clerk in the
4 letter accompanying his IFP package. Thereafter, the U.S. Marshal shall serve a copy of the
5 Complaint and summons upon the Defendants as directed by Plaintiff on the Form 285. All costs of
6 service shall be advanced by the United States. See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2)..

**IT IS SO ORDERED.**

**DATED: April 30, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**