EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS, State Bar No. 72556
Senior Assistant Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2275
Fax: (619) 645-2271
Email: Gary.Schons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARAL HASANI EFIA BATTLE-EL,**<br>Plaintiff,<br>**v.**<br>**LANCE A. KNAPP, MARRY F. HUSON, NEBRASKA EQUAL OPPORTUNITY COMMISSION,**<br>Defendants. | **Case No. 08cv109 IEG (LSP)**<br><br>**DEFENDANT'S MOTION TO DISMISS** |

COME NOW the Defendants, Lance A. Knapp, Mary F. Hudson, and the Nebraska Equal Opportunity Commission, though counsel and pursuant to Rule 12(b)(2) and (4) of the Federal Rules of Civil Procedure move to dismiss the above captioned case for lack of personal jurisdiction and insufficient process.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Defendants request that the Plaintiff's Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(2) and (4).

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General

s/ Gary W. Schons
GARY W. SCHONS
Senior Assistant Attorney General

STEPHANIE CALDWELL
Nebraska Bar #22994 (pro hac vice application pending)
Assistant Attorney General
2115 State Capitol
Lincoln, NE 68508
(402) 471-2682
stephanie.caldwell@nebraska.gov
**Attorneys for Defendants**

# CERTIFICATE OF SERVICE

Case Name: **Gomez v. Dexter**

No.: **EDCV 08-0686 FMC (MLG)**

I declare:

On June 26, 2008, I electronically filed the following document(s):

- **DEFENDANT'S MOTION TO DISMISS**
- **BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

**Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

**NONE**

**Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**Karal Hasani Efia Battle-El**

2985 Euclid Ave., #22

San Diego, CA 92105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Diego, California.

C. Herrera

Declarant

Signature