EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS, State Bar No. 72556
Senior Assistant Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2275
Fax: (619) 645-2271
Email: Gary.Schons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LANCE A. KNAPP, MARRY F. HUSON, NEBRASKA EQUAL OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　　　Defendants. | Case No. 08cv109 IEG (LSP)<br><br>BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |

The Defendants, Lance A. Knapp, Mary F. Huson, and the Nebraska Equal Opportunity Commission, have filed a motion to dismiss pursuant to Rule 12(b)(2) and (4) of the Federal Rules of Civil Procedure.

## STANDARD OF REVIEW

A plaintiff has the burden of establishing personal jurisdiction over a nonresident defendant. *Ziegler v. Indian River County*, 64 F.3d 470, 473 (9th Cir.1995); *Flynt Distrib. Co. v. Harvey*, 734 F.2d 1389, 1392 (9th Cir.1984). Even when defendants are jointly liable, a plaintiff must establish personal jurisdiction over each defendant individually. *Sher v. Johnson*, 911 F.2d

1357, 1365 (9th Cir.1990). Moreover, a plaintiff must establish personal jurisdiction over a defendant with respect to each claim. *Data Disc, Inc. v. Sys. Tech. Assocs., Inc.*, 557 F.2d 1280, 1289 n. 8 (9th Cir.1977).

Rule 12(b)(4) challenge attacks the form of the summons and is generally brought on the theory that "the summons does not properly contain the names of the parties." *Crane v. Battelle*, 127 F.R.D. 174, 177 (S.D.Cal.1989). "Defects in the form of summons are considered technical and a dismissal is not proper unless the party can demonstrate actual prejudice." *Id.*

## ARGUMENT

### I.

### Insufficient Process

According to Rule (4)(a)(1)(B) of the Federal Rules of Civil Procedure, a summons must be directed to the defendant. Rule (4)(b) further states that a summons must be issued for each defendant to be served.

A copy of Plaintiff's complaint in this case was served at the Nebraska Equal Opportunity Commission's business address of State Office Building, 5th Floor, 301 Centennial Mall South, Lincoln, Nebraska 68509-4934. The summons attached to the complaint neglected to state which defendant(s) were being served. Therefore, Plaintiff's service on the Defendants was insufficient and the Complaint should be dismissed under Rule 12(b)(4) of the Federal Rules of Civil Procedure.

### II.

### Lack of personal jurisdiction

None of the Defendants in this case were served in California nor are any of the Defendants citizens or residents of California. Defendants contend that the case should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2) because this Court does not have personal jurisdiction over them.

For a court to exercise personal jurisdiction over a nonresident defendant, that defendant must have at least "minimum contacts" with the relevant forum such that the exercise of jurisdiction "does not offend traditional notions of fair play and substantial justice." *International*

1 | *Shoe Co. v. Washington*, 326 U.S. 310, 316, 66 S. Ct. 154, 90 L. Ed. 95 (1945).

2 | As Plaintiff has failed to establish personal jurisdiction over each Defendant individually in this case, the Court lacks personal jurisdiction and the Complaint should be dismissed under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

## CONCLUSION

WHEREFORE, the Defendants respectfully request that the Plaintiff's Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(2) and (4) for lack of personal jurisdiction and insufficiency of process.

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General


s/ Gary W. Schons
GARY W. SCHONS
Senior Assistant Attorney General


STEPHANIE CALDWELL
Nebraska Bar #22994 (pro hac vice application pending)
Assistant Attorney General
2115 State Capitol
Lincoln, NE 68508
(402) 471-2682
stephanie.caldwell@nebraska.gov
**Attorneys for Defendants**