EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS, State Bar No. 72556
Senior Assistant Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2271
Email: Gary.Schons@doj.ca.gov

Stephanie Caldwell
Nebraska Bar #22994 (*pro hac vice*)
Assistant Attorney General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE  68508
(402) 471-2682
Email: stephanie.caldwell@nebraska.gov

*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARAL HASANI EFIA BATTLE-EL,**<br><br>             Plaintiff,<br><br>      vs.<br><br>**LANCE A. KNAPP, MARRY F. HUSON, NEBRASKA EQUAL OPPORUTNITY COMMISSION,**<br><br>             Defendants. | Case No.: 08cv109 IEG (LSP)<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on June 26, 2008, I electronically filed the Defendants' Motion to Dismiss and Brief In Support of the Motion to Dismiss with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal

Certificate of Service –                                                                                  Case No. 08cv109 IEG (LSP)

1

Service, first class postage prepaid, the foregoing to the following non CM/ECF participant Karal Hasani Efia Battle-El, 2985 Euclid Ave., #22, San Diego, CA 92105.

Dated this 1st day of July, 2008.

Respectfully submitted,
EDMUND G. BROWN, JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General

s/Gary W. Schons
GARY W. SCHONS
Senior Assistant Attorney General

By:  s/Stephanie Caldwell
Stephanie Caldwell,
Nebraska Bar #22994 (*pro hac vice*)
Assistant Attorney General
2115 State Capitol
Lincoln, NE  68508
(402) 471-2682
stephanie.caldwell@nebraska.gov

*Attorneys for Defendants.*

Certificate of Service –                                  Case No. 08cv109 IEG (LSP)