```
Karal Hasani Efia Battle-El
5826 Streamview Dr. Apt. 143
San Diego, CA.      92105
619 993-7811
```

FILED
08 AUG 18 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>5826 Streamview Dr. Apt. 143<br>San Diego, CA.   92105<br><br>Plaintiff, in pro se,<br><br>-vs-<br><br>Lance A. Knapp, Marry F. Huson,<br>Nebraska Equal Opportunity Comm.<br><br>Defendant(s) et. al. | Case No. 08-CV-109 IEG (LSP)<br><br>Judge: Irma E. Gonzalez,<br>        Chief Judge<br><br>File Date: 01/18/08<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE: that effective 08/13/08, Plaintiff in pro se, has relocated and correspondence should be sent to:

```
             5826 Streamview Dr. Apt. 143
             San Diego, CA.  92105
```

Please update your Proof of Service list accordingly.

Dated: 08/13/08

Respectfully submitted

Plaintiff in pro se
Karal Hasani Efia Battle-El
5826 Streamview Dr. Apt. 143
SAn Diego, CA    92105