**NUNC PRO TUNC**
**AUG 18 2008**



1  Karal Hasani Efia Battle-El
   5826 Streamview Dr. Apt. 143
2  San Diego, CA. 92105
   619 993-7811

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>5826 Streamview Dr. Apt 143<br>San Diego, CA. 92105 | Case No. 08-CV-109 IEG (LSP) |
| Plaintiff, in pro se | Judge Iram E. Gonzalez<br>Chief Judge |
| -vs- | File Date: 01/18/08 |
| Lance A. Knapp, Marry F. Huson,<br>Nebraska Equal Opportunity Comm. | REQUEST FOR JUDGMENT ON MERITS |
| Defendant(s) et, al. | |

TO THIS HONORABLE COURT:

Plaintiff Request Judgment on the Merits of this case, and in support of this Request states as follows:

   1. That in accordance with Plaintiff's Civil Complaint filed in this above captioned cause the Court files show that the information sought from Defendants by Plaintiff from 01/24/07, as to the employment termination, has not been provided todate.

   2. That said information has been copied in provided to

1  the Nebraska Equal Opportunity Commission as demonstrated by
2  this Court's file.
3     3.  That the Court files show Nebraska Equal Opportunity
4  Commission violated 42 U.S.C.A. §2000 e-5, by denying/ignoring
5  said request for copies of employment records as promised on
6  01/24/07, by said employers, as contained in original complaint.
7     4.  That the seriousness of this cause to the Nebraska Equal
8  Opportunity Commossion is demonstrated when Defendnat demand
9  information for Plaintiff, which only Defendants have and refuse
10 to release to Plaintifff despite these continued litigation even
11 through exhausion of all administrative remedies, from said date.
12    5.  That Defendants have filed a Motion to Dismiss this cause
13 stating  lack of personal jurisdiction and insufficiency of proc-
14 ess.
15    6.  That these claims are of no force or effect due to the
16 action in progress which is 5 U.S.C. §552, and that most of all
17 what is being demonstrated is gross misjustice in whthholding
18 properly requested and agreed upon information which was due to
19 Plaintiff from 10/24/07, date of employment termination.
20    7.  That Defendants are not a private cooperation by a
21 government agency and that accordance with F.O.I.A., Plaintiff
22 is entitled to copies of any government information that has
23 been copied, with regard to Plaintiff's employment/termination
24 history.
25    8.  That jurisdiction and venue was/is established by the
26 violation of 5 U.S.C. §552, 28 U.S.C. §1331, and 42 U.S.C.A.

1  §2000 e-5.

2  9. That why is in retaliation for complaining about pay
3  discrimination and Plaintiff's nationality and religion of
4  Islamism.

5  10. That because of the denial of this simple request and
6  the result of this civl action and litigation Plaintiff herein
7  respectfully request judgment on the merists of thie case, which
8  is provide requested information contained in original complaint.

## CONCLUSION

Pursuant to the artuments presented above, Plaintiff respectf-
ully requests that this Honorable Court grant this a Request
for Judgment on the Merits of this case.

Respectfully submitted,

Plaintiff in pro se
Karal Hasani Efia Battle-El
5826 Streamview Dr. Apt 143
San Diego, CA. 92105

Dated: 08/16/08