NUNC PRO TUNC
AUG 18 2008



1  Karal Hasani Efia Battle-El
2  5826 Streamview Dr. Apt. 143
   San Diego, CA. 92105
3  619 993-7811

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Karal Hasani Efia Battle-El<br>5826 Streamview Dr. Apt. 143<br>San Diego, CA. 92105<br><br>Plaintiff, in pro se<br><br>-vs-<br><br>Lance A. Knapp, Marry F. Huson,<br>Nebraska Equal Opportunity Comm.<br><br>Defendants, et., al. | Case No: 08-CV-109   IEG (LSP)<br><br>Judge <u>Iram E. Gonzalez</u><br><u>Chief Judge</u><br><br>File Date:   <u>01/18/08</u><br><br><u>MEMORANDUM AND POINTS OF</u><br><u>AUTHORITIES IN SUPPORT OF</u><br><u>REQUEST FOR JUDGMENT ON THE</u><br><u>MERITS.</u> |
|---|---|

Plaintiff's complaint is a viable cause of action because Defendants are a government agency and as such is subject to claims brought under the Freedom of Information Act. (F.O.I.A.) and Plaintiff has established sets of facts under which relief can be granted <u>Platt Elec. Supply, Inc. v EOFF Elec,. Inc.</u> 522 F3d 1049 (9th Cir. 2008).

The <u>F.O.I.A.,</u> applies to governmental agencies, <u>5 U.S.C. §552</u> (a)(1), (f)(1); see also <u>Renegotiation Bd. v. Bannercraft Clot-</u>

hing Co. 415 U.S. 1, 18 (1974)( the FOIA gave the federal courts explicit jurisdiction to force a government agency to produce its records) see also <u>Wisconsin Project</u> v <u>United States</u>, 317 F.3d 275, 279 (D.C. Cir. 2003) ( the purpose of the Freedom of Information Act is " to pierce the veil of administrative secrecy and open agency action to the light of public scrutiny) The <u>F.O.I.A</u> states in pertinent part:

> (2) "record" and any other term used in this section in reference to information includes
>
> (A) any information that would be an agency record subject to the requirements of this section when maintained by an agency in any format, including an electronic format;

Defendants are a government agency and therefore can be sued for violation of the <u>F.O.I.A.</u>. Thus Plaintiff's complaint and request for Judgment on the Merits must be granted as a matter of law and Plaintiff respectfully request this Court Grant said request herein.

Respectfully submitted,

*[signature]*

Plaintiff in pro se
Karal Hasani Efia Battle-El
5826 Streamview Dr. Apt. 143
SaN Diego, CA. 92105

Dated: 08/16/08