NUNC PRO TUNC

AUG 1 8 2008



1    Karal Hasani Efia Battle-El
     5826 Streamview Dr. Apt. 143
2    San Diego, CA.   92105
     619 993-7811
3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **SOUTHERN DISTRICT OF CALIFORNIA**

11

12   Karal Hasani Efia Battle-El
     5826 Streamview Dr. Apt. 143       Case No:  08-CV-109  IEG (LSP)
13   San Diego, CA.   92105
                                         Judge: Iram E. Gonzalez
14        Plaintiff, in pre se           Chief Judge

15             -vs-                       File Date:  01/18/08

16   Lance A Knapp, Marry F. Huson,      NOTICE OF HEARING, REQUEST FOR
     Nebraska Equal Oportunity Comm.     JUDGMENT ON THE MERITS, AND
17                                       MEMORANDUM AND POINTS OF AUTHO-
          Defendant(s0 et,. al.          RITIES IN SUPPORT OF REQUEST
18                                       FOR JUDGMENT ON THE MERITS.

19

20        TO THIS HONORABLE COURT:

21   PLEASE TAKE NOTICE:  That the above entitled cause will be

22   heard or as soon as thereafter as the matter may be heard the

23   Plaintiff's Request for Judgment on the Merits of this action.

24        This Request is made on the following grounds:

25   1.  The Defendants fail to give answer to this Civil Action.

26   This Request is based on this Court's files, this Notice of

1  Request, the Request for Judgment on the Merits, and the Memoran-

2  dum of Points and Authorities, and the certificate of service.

3

4

5  Dated:    08/16/08

6

7

8  Respectfully submitted,

9

10 Plaintiff in pro se
   Karal Hasani Efia Battle-El
11 5826 Streamview Dr. Apt. 143
   San Diego, CA. 92105

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26