08 CV 109 IEG (LSP)

NUNC PRO TUNC

AUG 18 2008

CERTIFICATE OF SERVICE

FILED

AUG 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I am over  18 years of age and not a party to this action.

I am a resident of San Diego, California, County of San Diego.

On 08-18-08   I mailed from a regular United States Post

Office Mail, with Postage thereon fully prepaid, upon the following:

Documents:

Notice of Change Of Address,  Notice of  Hearing, Request

for Judgment on the Merits, Memorandum and Points of Authorities

in Support of Request for Judgment of the Merits.

The documents that are listed are attached to this Certificate

of Service to:

DATED:   08/18/08

A̶t̶t̶o̶r̶n̶e̶y̶s̶ ̶f̶o̶r̶ ̶M̶e̶r̶i̶t̶s̶ ̶T̶r̶a̶n̶s̶p̶o̶r̶t̶a̶t̶i̶o̶n̶ ̶L̶L̶C̶
ATTORNEYS FOR NEBRASKA EOC
Edmund G. Brown Jr.
Attorney General of the State of California
Dane R. Gillette
Chief Assistant Attorney  General
Gary W. W Schons, State Bar No. 72556
Senior Assistant Attorney General
110 West A Street, Suite 1100
San Diego, CA. 92101

I DECLARE UNDER PENALTY OF PERJURY THAT THE POREGOING IS TRUE

AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGN _Michelle Williams_

PRINT _Michelle Williams_

ADDRESS _5826 Streamview DR #143 San Diego, CA 92105_

PHONE _(619) 209-9757_

WORK _(619) 282-1885_