# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTTLE-EL,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>LANCE A. KNAPP and MARY F. HUSON,<br>NEBRASKA EQUAL OPPORTUNITY<br>COMMISSION<br><br>　　　　　　　　　　　　Defendant, et al. | CASE NO. 08cv109 IEG (LSP),<br><br>**ORDER DENYING DEFENDANT's REQUEST OF JUDGMENT ON THE MERITS**<br>**[Doc. No. 17]** |

　　　Plaintiff, proceeding pro se, has submitted a civil complaint alleging Defendant is and has unlawfully withheld documents on which Defendant based it's termination of Plaintiff's employment in violation of the Freedom of Information Act ("FOIA").

　　　On June 26, 2008, Defendants filed a motion to dismiss, alleging lack of sufficient process and lack of personal jurisdiction.

　　　On August 20, 2008, Plaintiff filed with the Court a Notice of Hearing, Request of Judgment on the Merits, and a memorandum of points and authority in support wherein Plaintiff argues he is entitled to judgment in his favor because "Defendants [have] fail[ed] to give answer to this Civil Action." And because "the Court files show Nebraska E2qual Opportunity Commission violated 42 U.S.C. A. § 2000 e-5, by denying/ignoring said request for copies of employment records . . ."

　　　The Court DENIES Plaintiff's Request of Judgment on the Merits. Defendants have filed a permitted response to Plaintiff's Complaint, that is, the August 20, 2008, Motion to Dismiss.

- 1 -

1  Plaintiff is directed to file an opposition to Defendants' Motion to Dismiss in due course as
2  provided by the Southern District of California's Local Rules.

**IT IS SO ORDERED.**

**DATED: August 22, 2008**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**