```
Karal Hasani Efia Battle-El
5826 Streamview Dr. Apt. 143
San Diego, CA.  92105
619 993-7811
```

FILED
2008 SEP -2 PM 3:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br><br>    Plaintiff, in pro se<br><br>    vs<br><br>Lance A. **Knapp** and Mary F. Hutson, Nebraska Equal Opp. Comm.<br><br>    Defendant(s) et,.al. | Case No: 08-CV-109 IEG (LSP)<br><br>Judge: Irma E. Gonzalez, Chief Judge.<br><br>File Date: 01-18-08<br><br>REQUEST FOR AN EXTENSION OF TIME TO ANSWER. |

TO THIS HONORABLE COURT:

   Plaintiff request this Honorable Court to grant an extension of time to answer Defendant's Motion to Dismiss.

   Plaintiff states that he is 50% mentally disabled Veteran in must request a time extension due to hardships involving other cases in this Federal Courthouse.

   That the stress and depression has caused this Plaintiff an inability to respond, and must request a __30 day__ extension.

```
 1   Respectfully submitted,
 2
 3   _____
     Plaintiff in pro se
 4   Karal Hasani Efia Battle-El
     5826 Streamview Dr. Apt. 143
 5   San Diego, CA. 92105

 6   09-02-08
```