```
 1  Karal Hasani Efia Battle-El
    5826 Streamview Dr. Apt 143
 2  San Diego, CA.  92105
    619 993-7811
 3
```

FILED
2008 SEP -2 PM 3:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El | Case No: <u>08-CV-109 IEG (LSP)</u> |
| Plaintiff, in pro se | Judge: <u>Irma E. Gonzalez, Chief Judge.</u> |
| vs | |
| Lance A. Knapp and Mary F. Hutson, Nebraska Equal Opp. Comm. | File Date: <u>01-18-08</u> |
| Defendant(s) et,. al. | <u>NOTICE OF HARING OF REQUEST FOR AN EXTENSION OF TIME TO ANSWER, AND MEMORANDUM AND POINTS OF AUTHORITY IN SUPPORT OF REQUEST FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS.</u> |

DEAR COURT CLERK;

PLEASE TAKE NOTICE that the above entitled cause will be heard or as soon as thereafter as the matter may be heard the Plaintiff's request for an extension of time of <u>30 days</u> to answer Defendant's Motion to Dismiss.

Respectfully submitted,

*Karal Hasani Efia Battle-El*

