```
 1  Karal Hasani Efia Battle-El                          FILED
    5826 Steamview Dr. Apt. 143
 2  San Diego, CA.  92105                              2008 SEP -2 PM 3: 03
    619  993-7811
 3                                                   CLERK US DISTRICT COURT
                                                     SOUTHERN DISTRICT OF CALIFORNIA
 4
                                                     BY_____DEPUTY
 5
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El | Case No: 08-CV-109 IEG (LSP) |
| Plaintiff, in pro se | Judge: Irma E. Gonzalez, Chief Judge. |
| vs | |
| Lance A. Knapp and Mary F. Hutson, Nebraska Equal Opp. Comm. | File Date: 01-18-08 |
| Defendant(s) et,.al. | MEMORANDUM AND POINTS OF AUTHORITY IN SUPPORT OF REQUEST FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS. |

Plaintiff request this said Request for an Extension of time under authority of Civil Rule 12.1 " Extension of Time to Answer ", and states that his mental disability is good cause under this rule, for a 30 day extension of time.

dated: 09/02/08

Respectfully submitted,

_[signature]_

Karal Hasani Efia Battle-El