08 cv 109 IEG (LSP)

DECLARATION OF SERVICE

FILED
2008 SEP -2 PM 3:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KMT_____DEPUTY

1. I am over 18 years of age and not a party to this action.

2. I am a resident of San Diego, California, County of San Diego.

3. On 9-2-08 I mailed from a regular post office box mail copies of the following documents:

> Notice of Hearing
> Request for an extension of time and
> Memorandum and points of authority in
> support of said request.

4. The documents that are listed are attached to this declaration with postage thereon fully prepaid and addressed to the following:

> Edmund G. Brown Jr.
> Attorney General of the State of California
> 110 West A Street, Suite 1100
> San Diego, CA. 92101

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: 09-02-08

SIGNED: Michelle Williams
PRINT: Michelle Williams
ADDRESS: 5826 Streamview Dr #143
San Diego, CA. 92105
PHONE: (619) 209-9757