1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11   Karal Hasani Efia Battle-El,                          CASE NO. 08cv109

12                                    Plaintiff,     **ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION**
                        vs.                          **OF TIME TO RESPOND TO**
13                                                   **DEFENDANTS' MOTION TO**
      Lance A. Knapp and  Mary F. Hutson,            **DISMISS** (Doc. No. 19)
14    Nebraska Equal Opportunity Commission,

15                                    Defendant.

16

17          Upon application, for good cause shown, plaintiff's application for an extension of time to file

18   his opposition is **GRANTED**. Plaintiff shall file his opposition on or before September 29, 2008. The

19   defendants' reply shall be filed on or before October 6, 2008.  No further extension of time will be

20   granted absent exceptional circumstances.  A hearing for this motion is set for October 15, 2008 at

21   9:00 a.m.

22

23   **IT IS SO ORDERED**

24

25   **DATED:  September 4, 2008**

26                                            *Irma E. Gonzalez*

27                                            **IRMA E. GONZALEZ, Chief Judge**
                                              **United States District Court**

28