|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KARAL HASANI EFIA BATTLE-EL, | CASE NO. 08CV109 - IEG - LSP |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL |
| vs. | |
| LANCE A. KNAPP; MARY F. HUTSON; NEBRASKA EQUAL OPPORTUNITY COMMISSION, | |
| Defendant. | |

Plaintiff moves the Court for appointment of counsel to assist in his appeal. (Doc. No. 27.) Because plaintiff filed this motion simultaneously with his notice of appeal, the Court retains jurisdiction over this motion. For the following reasons, the Court denies plaintiff's request.

The Constitution provides no right to appointment of counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. Lassiter v. Dept. of Social Services, 452 U.S. 18, 25 (1981). Under 28 U.S.C. § 1915(e)(1), however, district courts are granted discretion to appoint counsel for indigent persons under "exceptional circumstances." Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate [her] claims pro se in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision.'" Id.

Evaluating these two factors, the Court declines to exercise its discretion to appoint counsel.

1   Plaintiff has not show likelihood of success on the merits in his pleadings in this case. Furthermore,
2   plaintiff seems reasonably able to articulate his claims pro se in light of the complexity of the legal
3   issues involved. Throughout his pleadings, Plaintiff has demonstrated an ability to perform relevant
4   legal research and writing. These factors weigh against granting appointment of counsel.
5       For the foregoing reasons, the Court DENIES plaintiff's request for appointment of counsel.

**IT IS SO ORDERED**

DATED: October 29, 2008

                                                IRMA E. GONZALEZ, Chief Judge
                                                United States District Court